**Maynor Alonso VALIENTE–ZAPET, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 09–3751.

United States Court of Appeals, Eighth Circuit.

Submitted: July 19, 2010.

Filed: July 21, 2010.

Maynor Alonso Valiente–Zapet, Berryville, AR, pro se.

Karen Yolanda Drummond, Kristin Edison, Richard M. Evans, Civil Division, Office of Immigration Litigation, Washington, DC, for Respondent.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Guatemalan citizen Maynor Valiente–Zapet petitions for review of an order of the Board of Immigration Appeals (BIA) denying his May 2009 motion to reopen and reconsider a prior decision. After careful review, we conclude that the BIA acted within its discretion. *See Alanwoko v. Mukasey,* 538 F.3d 908, 914 (8th Cir.2008); *Esenwah v. Ashcroft,* 378 F.3d 763, 765 (8th Cir.2004); *Raffington v. INS,* 340 F.3d 720, 721, 724 (8th Cir.2003).

Accordingly, we deny the petition for review.